IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TIME LEATHERBY**                                                                                                   **PLAINTIFF**

**V.**                                                     **NO: 3:21-CV-18-M-P**

**JUDGE HOWEL**                                                      **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated February 11, 2021, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court finds that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation [8] of the United States Magistrate Judge dated February 11, 2021, is hereby approved and adopted as the opinion of the Court,

2. That the plaintiff's motion to proceed *in forma pauperis* is **DENIED,** and

3. That the case shall be **DISMISSED** for failure to state a claim on which relief may be granted and for lack of subject matter jurisdiction.

**SO ORDERED**, this the 8th day of March, 2021.

                                                                               /s/ Michael P. Mills
                                                                               **UNITED STATES DISTRICT JUDGE**
                                                                               **NORTHERN DISTRICT OF MISSISSIPPI**